1
2
3
4
5
6
7              UNITED STATES DISTRICT COURT

8             SOUTHERN DISTRICT OF CALIFORNIA

9

10   UNITED STATES OF AMERICA,            CASE NO.  20cr71-MMA

11            Plaintiff,

12       v.                               **ORDER GRANTING JOINT
                                          MOTION TO CONTINUE
13   RUBEN VASQUEZ SANCHEZ,               MOTION HEARING/TRIAL
                                          SETTING AND EXCLUDING
14            Defendant.                  TIME UNDER SPEEDY TRIAL
                                          ACT**

15                                        [Doc. No. 44]

16

17       Upon due consideration, good cause appearing, the Court **GRANTS** the

18   parties' joint motion to continue the Motion Hearing/Trial Setting currently

19   scheduled in this matter for March 3, 2021 at 2:00 p.m.  Accordingly, the Court

20   **RESETS** the Motion Hearing/Trial Setting for **April 21, 2021 at 2:30 p.m.** in

21   Courtroom 3D.

22       The Court finds that time is excludable and that the ends of justice served

23   by granting the requested continuance outweigh the best interest of the public and

24   the defendant in a speedy trial.

25       **IT IS SO ORDERED**.

26   DATE: February 19, 2021

27                                        HON. MICHAEL M. ANELLO
                                          United States District Judge
28